UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| NICHOLAS BOGS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC,<br><br>    Defendant. | No. 6:21-CV-049-H |

## ORDER

The plaintiff has advised the Court that the parties have settled this case. *See* Dkt. No. 13. Accordingly, plaintiff's Motion to Proceed Without Local Counsel (Dkt. No. 12) is denied as moot. Moreover, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings should the settlement not be consummated.

So ordered on September 22, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE