UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| NICHOLAS BOGS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC,<br><br>Defendant. | No. 6:21-CV-049-H |

## ORDER OF DISMISSAL

Before the Court is the parties' joint Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 16. The joint stipulation is approved. It is ordered that Bogs's claims against the defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on January 11, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE